IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Case No. 2:09-CR-0118 |
| v. | : JUDGE ALGENON L. MARBLEY |
| CHARLES E. TOWNSEND, | : |
| Defendant. | : |

## ORDER

This matter is before the Court on Defendant Charles E. Townsend's Motion for Early Termination of Probation. (Dkt. 24.) The Government does not oppose the Motion and recommends early release. Since being placed on supervised release over two years ago, Mr. Townsend has substantially complied with all the conditions of his supervised release, and has demonstrated his intent to repay his ordered restitution amount in full.

Pursuant to its authority under 18 U.S.C. § 3583(e), the Court finds that, given Mr. Townsend's exemplary record of compliance with his terms of supervised release, early termination of his term of supervised release is warranted and is in the interest of justice.

Defendant's motion is **GRANTED**.

**IT IS SO ORDERED.**

                                            s/Algenon L. Marbley
                                            ALGENON L. MARBLEY
                                            UNITED STATES DISTRICT JUDGE

Dated: March 21, 2012