IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 2:09-CR-0118 |
| v. | : | JUDGE ALGENON L. MARBLEY |
| CHARLES E. TOWNSEND, | : | |
| Defendant. | : | |

## ORDER

This matter is before the Court on Defendant Charles E. Townsend's Request for the Return of his United States Passport. (Dkt. 27.) The Government does not oppose the return of Defendant's Passport. For good cause shown, Defendant's Motion is **GRANTED**.

The Government is **ORDERED** to return Defendant's Passport forthwith.

**IT IS SO ORDERED.**

                                                  s/Algenon L. Marbley
                                                **ALGENON L. MARBLEY**
                                                **UNITED STATES DISTRICT JUDGE**

**Dated: August 16, 2012**